```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17557
   DIETRICH D SANDERS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4691

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/26/2007 and was not confirmed.

     The case was dismissed without confirmation 11/07/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
-----------------------------------------------------------------------------
CITI RESIDENTIAL LENDING CURRENT MORTG         .00          .00         .00
CITI RESIDENTIAL LENDING MORTGAGE ARRE    13000.00          .00         .00
AMC MORTGAGE SERVICES    UNSECURED       NOT FILED          .00         .00
COOK COUNTY TREASURER    SECURED             700.00         .00         .00
COMMONWEALTH EDISON      UNSECURED           839.46         .00         .00
PEOPLES GAS & LIGHT      UNSECURED       NOT FILED          .00         .00
ASSET ACCEPTANCE LLC     UNSECURED            406.39        .00         .00
ASSET ACCEPTANCE LLC     UNSECURED           1312.29        .00         .00
ASSET ACCEPTANCE LLC     UNSECURED           2079.85        .00         .00
PRO SE DEBTOR            DEBTOR ATTY           .00                      .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------       --------------
TOTALS                      .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |